Benjamin Schonbrun
SCHONBRUN DESIMONE SEPLOW HARRIS
HOFFMAN & HARRISON
723 Ocean Front Walk
Venice, CA 90291 T: 310.396.0731

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Gabriel Cilluffo, Kevin Shire, and Bryan Ratterree individually and behalf of all others similarly situated persons, PLAINTIFF(S) v. | CASE NUMBER ED CV 12 - 00886 VAP (OP) |
| Central Refrigerated Services, Inc., Central Leasing, Inc., Jon Isaacson and Jerry Moyes, DEFENDANT(S). | **SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Benjamin Schonbrun, whose address is 723 Ocean Front Walk, Venice, CA 90291 T: 310.396.0731. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI
Clerk, U.S. District Court

Dated: JUN - 1 2012

By: L. MURRAY
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*