Benjamin Schonbrun, SBN 118323
Michael D. Seplow, SBN 150183
Aidan C. McGlaze, SBN 277270
SCHONBRUN SEPLOW
HARRIS & HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

Dan Getman, Esq. (*pro hac vice*)
GETMAN, SWEENEY & DUNN, PLLC
260 Fair Street
Kingston, New York 12401
Telephone: (845) 255-9370
Facsimile: (845) 255-8649
dgetman@getmansweeney.com

Susan Martin (*pro hac vice*)
Jennifer Kroll (*pro hac vice*)
MARTIN & BONNETT, PLLC
4647 N. 32nd St., Suite 185
Phoenix, AZ 85018
Telephone: (602) 240-6900
Facsimile: (602) 240-2345

Edward Tuddenham
228 W. 137th St.
New York, New York 10030
Telephone: (212) 234-5953
Facsimile: (512) 532-7780

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIEL CILLUFFO, KEVIN SHIRE, and BRYAN RATTERREE individually and behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL REFRIGERATED SERVICES, INC., CENTRAL LEASING, INC., JON ISAACSON, and JERRY MOYES,<br><br>Defendants. | Case No. ED CV 12-00886 VAP (OPx)<br>Honorable Virginia A. Phillips<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION TO FILE EX PARTE PLAINTIFFS' PROPOSED UNOPPOSED MOTION TO CORRECT SETTTLEMENT ALLOCATION FOR CERTAIN FUND A MEMBERS AND SEND CORRECTIVE NOTICE TO AFFECTED CLASS MEMBERS** |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7-19, Plaintiffs Gabriel Cilluffo, Kevin Shire, and Bryan Ratterree (collectively "Plaintiffs"), by and through their counsel, move to file ex parte Plaintiffs' Proposed Unopposed Motion to Correct Settlement Allocation for Certain Fund A Members and Send Corrective Notice to Affected Class Members.

This motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the declaration of Dan Getman, and all other papers, pleadings and records on file herein, and on such other matters as may properly come before the Court. As set forth in the attached Memorandum of Points and Authorities, Plaintiffs submit that bypassing the regular noticed motion procedures is necessary to allow affected class members to receive a notice containing their corrected settlement allocation with sufficient time left in the notice period, which ends on March 7, 2018, to decide whether to remain in the settlement, opt out or object.

Accordingly, Plaintiffs respectfully request that the Court allow Plaintiffs to file the Proposed Unopposed Motion to Correct Settlement Allocation for Certain Fund A Members and Send Corrective Notice to Affected Class Members ex parte.

DATED: January 8, 2018

GETMAN, SWEENEY & DUNN, PLLC

By: */s/ Dan Getman*
    Dan Getman (*pro hac vice*)
    dgetman@getmansweeney.com
    Lesley Tse (*pro hac vice*)
    260 Fair Street
    Kingston, NY 12401

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Benjamin Schonbrun, SBN 118323
SCHONBRUN SEPLOW
HARRIS & HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, CA 90064

Susan Martin (*pro hac vice*)
Jennifer Kroll (*pro hac vice*)
MARTIN & BONNETT, PLLC
4647 N. 32nd St., Suite 185
Phoenix, AZ 85018

Edward Tuddenham (*pro hac vice*)
228 W. 137th St.
New York, New York 10030

Attorneys for Plaintiffs