Benjamin Schonbrun, SBN 118323
Michael D. Seplow, SBN 150183
Aidan C. McGlaze, SBN 277270
SCHONBRUN SEPLOW
HARRIS & HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

Dan Getman, Esq. (*pro hac vice*)
GETMAN, SWEENEY & DUNN, PLLC
260 Fair Street
Kingston, New York 12401
Telephone: (845) 255-9370
Facsimile: (845) 255-8649
dgetman@getmansweeney.com

Susan Martin (*pro hac vice*)
Jennifer Kroll (*pro hac vice*)
MARTIN & BONNETT, PLLC
4647 N. 32nd St., Suite 185
Phoenix, AZ 85018
Telephone: (602) 240-6900
Facsimile: (602) 240-2345

Edward Tuddenham
228 W. 137th St.
New York, New York 10030
Telephone: (212) 234-5953
Facsimile: (512) 532-7780

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIEL CILLUFFO, KEVIN SHIRE, and BRYAN RATTERREE individually and behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL REFRIGERATED SERVICES, INC., CENTRAL LEASING, INC., JON ISAACSON, and JERRY MOYES,<br><br>Defendants. | Case No. ED CV 12-00886 VAP (OPx)<br>Honorable Virginia A. Phillips<br><br>**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTION TO FILE EX PARTE PLAINTIFFS' PROPOSED UNOPPOSED MOTION TO CORRECT SETTTLEMENT ALLOCATION FOR CERTAIN FUND A MEMBERS AND SEND CORRECTIVE NOTICE TO AFFECTED CLASS MEMBERS** |

1    Plaintiffs move to file ex parte Plaintiffs' Proposed Unopposed Motion to
2 Correct Settlement Allocation for Certain Fund A Members and Send Corrective
3 Notice to Affected Class ("Motion for Corrective Notice"). Bypassing the regular
4 noticed motion procedures is necessary to allow affected class members to receive a
5 notice containing their corrected settlement allocation with sufficient time left in the
6 notice period to decide whether to remain in the settlement, opt out or object. The
7 notice period ends on March 7, 2018. *See* Declaration of Dan Getman ("Getman
8 Decl.) at ¶ 5. This Court has scheduled a final settlement fairness hearing for March
9 26, 2018 (see Doc. 258).

10   As set forth in Plaintiffs' underlying Motion for Corrective Notice, Plaintiffs'
11 counsel made an error in the original settlement allocation that failed to include
12 particular work weeks for certain class members. By failing to include these weeks of
13 work, these class members were notified of an individual allocation amount that was
14 lower than it would have been had the allocation been correctly calculated. Plaintiffs
15 underlying Motion for Corrective Notice seeks to immediately send corrective notice
16 to these affected class members. If Plaintiffs were to file the Motion for Corrective
17 Notice using the regular noticed motion procedures, Plaintiffs would have to set their
18 motion for no earlier than February 5, 2018. *See* L.R. 6-1 ("…The notice of motion
19 shall be filed with the Clerk not later than twenty-eight (28) days before the date set
20 for hearing…"). Consequently, by the time the motion was heard and decided, and
21 corrective notice sent to affected class members, there would be scarcely any time, if
22 any time at all, remaining in the notice period for affected class members to decide
23 whether to remain in the settlement, opt out or object. The affected class members
24 would be irreparably prejudiced in their ability to make a fully informed decision.
25 Thus, good cause exists to allow Plaintiffs to file the Motion for Corrective Notice ex
26 parte.

27   In accordance with Local Rule 7-19, Plaintiffs notified Defendants on
28 December 26, 2017 that they would be filing the Motion for Corrective Notice, and

1

that they would be seeking to file it ex parte. Getman Decl. at ¶ 6. In accordance with Local Rule 7-19, Plaintiffs then provided Defendants with both a copy of the Motion for Corrective Notice and this motion on Thursday, January 4, 2018, so that Defendants could review the motions prior to filing. Getman Decl. at ¶ 7. Defendants consent to both the Motion for Corrective Notice and this motion. Getman Decl. at ¶ 8. Defendants' consent to both motions weighs in favor of allowing Plaintiffs to file the Motion for Corrective Notice ex parte.

For all the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' unopposed motion in its entirety and sign the proposed order submitted herewith allowing Plaintiffs to file the Unopposed Motion to Correct Settlement Allocation for Certain Fund A Members and Send Corrective Notice to Affected Class ex parte.

DATED: January 8, 2018

GETMAN, SWEENEY & DUNN, PLLC

By: */s/ Dan Getman*
Dan Getman (*pro hac vice*)
dgetman@getmansweeney.com
Lesley Tse (*pro hac vice*)
260 Fair Street
Kingston, NY 12401

Benjamin Schonbrun, SBN 118323
SCHONBRUN SEPLOW
HARRIS & HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, CA 90064

2

|     |     |
| --- | --- |
| 1   |     |
| 2   | Susan Martin (*pro hac vice*) |
| 3   | Jennifer Kroll (*pro hac vice)* |
|     | MARTIN & BONNETT, PLLC |
| 4   | 4647 N. 32nd St., Suite 185 |
|     | Phoenix, AZ 85018 |
| 5   |     |
| 6   | Edward Tuddenham (*pro hac vice*) |
|     | 228 W. 137th St. |
| 7   | New York, New York 10030 |
| 8   | Attorneys for Plaintiffs |

3