Benjamin Schonbrun, SBN 118323
Michael D. Seplow, SBN 150183
Aidan C. McGlaze, SBN 277270
SCHONBRUN SEPLOW
HARRIS & HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

Dan Getman, Esq. (*pro hac vice*)
GETMAN, SWEENEY & DUNN, PLLC
260 Fair Street
Kingston, New York 12401
Telephone: (845) 255-9370
Facsimile: (845) 255-8649
dgetman@getmansweeney.com

Susan Martin (*pro hac vice*)
Jennifer Kroll (*pro hac vice*)
MARTIN & BONNETT, PLLC
4647 N. 32nd St., Suite 185
Phoenix, AZ 85018
Telephone: (602) 240-6900
Facsimile: (602) 240-2345

Edward Tuddenham
228 W. 137th St.
New York, New York 10030
Telephone: (212) 234-5953
Facsimile: (512) 532-7780

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIEL CILLUFFO, KEVIN SHIRE, and BRYAN RATTERREE individually and behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL REFRIGERATED SERVICES, INC., CENTRAL LEASING, INC., JON ISAACSON, and JERRY MOYES,<br><br>Defendants. | Case No. ED CV 12-00886 VAP (OPx)<br>Honorable Virginia A. Phillips<br><br>**DECLARATION OF DAN GETMAN IN SUPPORT OF MOTION TO FILE EX PARTE PLAINTIFFS' PROPOSED UNOPPOSED MOTION TO CORRECT SETTTLEMENT ALLOCATION FOR CERTAIN FUND A MEMBERS AND SEND CORRECTIVE NOTICE TO AFFECTED CLASS MEMBERS** |

I, Dan Getman, declare as follows:

1. I am a partner in the firm of Getman, Sweeney & Dunn, PLLC ("GSD") in Kingston, New York, Plaintiffs' counsel herein.

2. I make these statements based on personal knowledge and would so testify if called as a witness at trial.

3. I make this declaration in support of Plaintiffs' Motion to File Ex Parte Plaintiffs' Proposed Unopposed Motion to Correct Settlement Allocation for Certain Fund A Members and Send Corrective Notice to Affected Class Members.

4. Pursuant to this Court's Order authorizing settlement notice be issued to settlement class members (Doc. 258), settlement notice was issued to settlement class members on December 7, 2017.

5. Consequently, the 90-day notice period ends on March 7, 2018.

6. Plaintiffs notified Defendants on December 26, 2017 that they would be filing the Motion to Correct Settlement Allocation for Certain Fund A Members and Send Corrective Notice to Affected Class Members ("Motion for Corrective Notice"), and that they would be seeking to file it ex parte.

7. Plaintiffs then provided Defendants with both a copy of the Motion for Corrective Notice and this motion on Thursday, January 4, 2018, so that Defendants could review the motions prior to filing.

8. Defendants consent to both the Motion for Corrective Notice and this motion.

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed January 4, 2018
Kingston, New York.

| | |
|---|---|
| 1 | |
| 2 | */s/ Dan Getman* |
| 3 | Dan Getman |
| | Getman, Sweeney & Dunn, PLLC |
| 4 | 260 Fair Street |
| 5 | Kingston, NY 12401 |
| | (845) 255-9370 |
| 6 | dgetman@getmansweeney.com |

2