Benjamin Schonbrun, SBN 118323
Michael D. Seplow, SBN 150183
Aidan C. McGlaze, SBN 277270
SCHONBRUN SEPLOW
HARRIS & HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

Dan Getman, Esq. (*pro hac vice*)
GETMAN, SWEENEY & DUNN, PLLC
260 Fair Street
Kingston, New York 12401
Telephone: (845) 255-9370
Facsimile: (845) 255-8649
dgetman@getmansweeney.com

Susan Martin (*pro hac vice*)
Jennifer Kroll (*pro hac vice*)
MARTIN & BONNETT, PLLC
4647 N. 32nd St., Suite 185
Phoenix, AZ 85018
Telephone: (602) 240-6900
Facsimile: (602) 240-2345

Edward Tuddenham
228 W. 137th St.
New York, New York 10030
Telephone: (212) 234-5953
Facsimile: (512) 532-7780

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIEL CILLUFFO, KEVIN SHIRE, and BRYAN RATTERREE individually and behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL REFRIGERATED SERVICES, INC., CENTRAL LEASING, INC., JON ISAACSON, and JERRY MOYES,<br><br>Defendants. | Case No. ED CV 12-00886 VAP (OPx)<br>Honorable Virginia A. Phillips<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR FINAL SETTLEMENT APPROVAL** |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 26, 2018, at 2:00 p.m. or as soon thereafter as the matter may be heard, in Courtroom 8A of the above-entitled Court, located at 350 West 1st Street, 8th Floor, Los Angeles, California, 90012, before the Honorable Virginia A. Phillips, Plaintiffs Gabriel Cilluffo, Kevin Shire, and Bryan Ratterree (collectively "Plaintiffs"), by and through their counsel, will move for final approval of the Settlement Agreement entered into by the parties on August 21, 2017, which is attached to the accompanying Memorandum of Points and Authorities in support of the motion at Exhibit 1.

This motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities and supporting exhibits including the parties' Settlement Agreement, all other papers, pleadings and records on file herein, and on such other matters as may properly come before the Court.[1] As set forth in the attached Memorandum of Points and Authorities, the parties submit that the settlement is fair, reasonable, adequate and in the best interests of the Named Plaintiffs and the Settlement Class.

Accordingly, Plaintiffs respectfully request that the Court grant final approval of the settlement in accordance with Plaintiffs' proposed Order Granting Plaintiffs' Motion for Final Settlement Approval, which is attached hereto and is separately being emailed to the Court.

DATED: February 26, 2018

---

[1] Defendants are moving to file this motion and its supporting documents under seal.

1

| | |
|---|---|
| 1 | |
| 2 | GETMAN, SWEENEY & DUNN, PLLC |
| 3 | By: */s/ Dan Getman* |
| 4 | Dan Getman (*pro hac vice*) |
| | dgetman@getmansweeney.com |
| 5 | Lesley Tse (*pro hac vice*) |
| | 260 Fair Street |
| 6 | Kingston, NY 12401 |
| 7 | |
| 8 | Benjamin Schonbrun, SBN 118323 |
| | SCHONBRUN SEPLOW |
| 9 | HARRIS & HOFFMAN LLP |
| | 11543 W. Olympic Boulevard |
| 10 | Los Angeles, CA 90064 |
| 11 | |
| 12 | Susan Martin (*pro hac vice*) |
| | Jennifer Kroll (*pro hac vice)* |
| 13 | MARTIN & BONNETT, PLLC |
| | 4647 N. 32nd St., Suite 185 |
| 14 | Phoenix, AZ 85018 |
| 15 | |
| 16 | Edward Tuddenham (*pro hac vice*) |
| | 228 W. 137th St. |
| 17 | New York, New York 10030 |
| 18 | |
| | Attorneys for Plaintiffs |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |